# APPENDIX 1

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Saudi Arabia Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Saudi Arabia Short Form Complaint, Allegation 2 of Appendix 1 to the Saudi Arabia Short Form Complaint, etc.

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1 | Adrat, Ileana | FL | USA | N/A | N/A | N/A | Personal Injury |
| 2 | Holland, Leon | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 3 | Ivey, Kimberly M. | NY | USA | N/A | N/A | N/A | Personal Injury |
| 4 | Jannicelli, Elena | NY | USA | N/A | N/A | N/A | Personal Injury |
| 5 | Kelly, Daniel | NY | USA | N/A | N/A | N/A | Personal Injury |
| 6 | Khamis, Nabil | NY | USA | N/A | N/A | N/A | Personal Injury |
| 7 | LaBarca, Barbara | NY | USA | N/A | N/A | N/A | Personal Injury |
| 8 | Lederer, Elizabeth | NY | USA | N/A | N/A | N/A | Personal Injury |
| 9 | Lee, Pilar | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 10 | Leggiere, Warren | NY | USA | N/A | N/A | N/A | Personal Injury |
| 11 | Leguillow, Victor | NY | USA | N/A | N/A | N/A | Personal Injury |
| 12 | Lew, Samuel | FL | USA | N/A | N/A | N/A | Personal Injury |
| 13 | Lora, Raphael | FL | USA | N/A | N/A | N/A | Personal Injury |
| 14 | Maloney, Gerald | NY | USA | N/A | N/A | N/A | Personal Injury |
| 15 | Maresca, Lucia | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 16 | McCoy, Derrick | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 17 | Morrison, Anne-Marie | NY | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 18 | O'Rourke, Andrew | NY | USA | N/A | N/A | N/A | Personal Injury |
| 19 | Palminteri, Frank | FL | USA | N/A | N/A | N/A | Personal Injury |
| 20 | Paul, William Anthony | NY | USA | N/A | N/A | N/A | Personal Injury |
| 21 | Perrino, Thomas | NY | USA | N/A | N/A | N/A | Personal Injury |
| 22 | Rafaniello, Gary | NY | USA | N/A | N/A | N/A | Personal Injury |
| 23 | Rivera, Casilda | NY | USA | N/A | N/A | N/A | Personal Injury |
| 24 | Romaner, Irwin | NY | USA | N/A | N/A | N/A | Personal Injury |
| 25 | Rugova, Smajl | NY | USA | N/A | N/A | N/A | Personal Injury |
| 26 | Schooling, Paul | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 27 | Sibilla, Carlo | NY | USA | N/A | N/A | N/A | Personal Injury |
| 28 | Sicker, Gerard | NY | USA | N/A | N/A | N/A | Personal Injury |
| 29 | Siebert, Lawrence | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 30 | Siegel, Olympia | NY | USA | N/A | N/A | N/A | Personal Injury |
| 31 | Slofkiss, Michael | NY | USA | N/A | N/A | N/A | Personal Injury |
| 32 | Smallwood, Bernard | NY | USA | N/A | N/A | N/A | Personal Injury |
| 33 | Smith, Barry | NY | USA | N/A | N/A | N/A | Personal Injury |
| 34 | Smith, Barry | NY | USA | N/A | N/A | N/A | Personal Injury |
| 35 | Smith, Michael | NY | USA | N/A | N/A | N/A | Personal Injury |
| 36 | Sohm, Matthew | NY | USA | N/A | N/A | N/A | Personal Injury |
| 37 | Solivan, Luis | NY | USA | N/A | N/A | N/A | Personal Injury |
| 38 | Solomon, Alfred | NY | USA | N/A | N/A | N/A | Personal Injury |
| 39 | Solt, Donald | NY | USA | N/A | N/A | N/A | Personal Injury |
| 40 | Spalango, Stacey | NY | USA | N/A | N/A | N/A | Personal Injury |
| 41 | Spector, Craig | NY | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 42 | Stanton, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 43 | Starace, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 44 | Statler, Renold | CT | USA | N/A | N/A | N/A | Personal Injury |
| 45 | Stein, Glenn | NY | USA | N/A | N/A | N/A | Personal Injury |
| 46 | Stevens, Patrick | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 47 | Stillman, Allen | NY | USA | N/A | N/A | N/A | Personal Injury |
| 48 | Sullivan, Brian P. | NY | USA | N/A | N/A | N/A | Personal Injury |
| 49 | Sullivan, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 50 | Sweeney, Kevin | NY | USA | N/A | N/A | N/A | Personal Injury |
| 51 | Taggart, Dennis | NY | USA | N/A | N/A | N/A | Personal Injury |
| 52 | Taglia, Joseph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 53 | Tanaka, Daniel | NY | USA | N/A | N/A | N/A | Personal Injury |
| 54 | Teeter, Anthony | NY | USA | N/A | N/A | N/A | Personal Injury |
| 55 | Terenzi, Renee | NY | USA | N/A | N/A | N/A | Personal Injury |
| 56 | Theiling, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 57 | Tierney, Thomas | NY | USA | N/A | N/A | N/A | Personal Injury |
| 58 | Tirman, Mark | AZ | USA | N/A | N/A | N/A | Personal Injury |
| 59 | Toma, Mimoza | NY | USA | N/A | N/A | N/A | Personal Injury |
| 60 | Torchia, Milagros | NY | USA | N/A | N/A | N/A | Personal Injury |
| 61 | Tormo, Migdalia | NY | USA | N/A | N/A | N/A | Personal Injury |
| 62 | Toro, Sergio | NY | USA | N/A | N/A | N/A | Personal Injury |
| 63 | Tracy, Stephen | NY | USA | N/A | N/A | N/A | Personal Injury |
| 64 | Tuminello, Carl | NY | USA | N/A | N/A | N/A | Personal Injury |
| 65 | Turchi, Joseph | NY | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 66 | Valentin, William | MI | USA | N/A | N/A | N/A | Personal Injury |
| 67 | Van Holt, Donald | NY | USA | N/A | N/A | N/A | Personal Injury |
| 68 | Vasquez, Andres | NY | USA | N/A | N/A | N/A | Personal Injury |
| 69 | Vazquez, William | NY | USA | N/A | N/A | N/A | Personal Injury |
| 70 | Velez, Ivan | NY | USA | N/A | N/A | N/A | Personal Injury |
| 71 | Vetter, John | FL | USA | N/A | N/A | N/A | Personal Injury |
| 72 | Vidal, Julio | NY | USA | N/A | N/A | N/A | Personal Injury |
| 73 | Vigna, Joseph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 74 | Vines, Danielle | NY | USA | N/A | N/A | N/A | Personal Injury |
| 75 | Vitucci, Barbara | NY | USA | N/A | N/A | N/A | Personal Injury |
| 76 | Walker, Guillermina | NY | USA | N/A | N/A | N/A | Personal Injury |
| 77 | Walsh, Richard | FL | USA | N/A | N/A | N/A | Personal Injury |
| 78 | Ward, Tony | NY | USA | N/A | N/A | N/A | Personal Injury |
| 79 | Watson, Thomas | NY | USA | N/A | N/A | N/A | Personal Injury |
| 80 | Watson, William | NY | USA | N/A | N/A | N/A | Personal Injury |
| 81 | Weintraub, Richard | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 82 | White, Bernard | NY | USA | N/A | N/A | N/A | Personal Injury |
| 83 | Williams, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 84 | Wilson, Duane | NY | USA | N/A | N/A | N/A | Personal Injury |
| 85 | Winters, Daniel | NY | USA | N/A | N/A | N/A | Personal Injury |
| 86 | Wong, Danny | NY | USA | N/A | N/A | N/A | Personal Injury |
| 87 | Wong, Kin Fai | NY | USA | N/A | N/A | N/A | Personal Injury |
| 88 | Woodley, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 89 | Worth, Kevin | NY | USA | N/A | N/A | N/A | Personal Injury |
| 90 | Wronski, Walter | NJ | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 91 | Wurglics, Edward | NY | USA | N/A | N/A | N/A | Personal Injury |
| 92 | Yablonsky, Mitchell | NY | USA | N/A | N/A | N/A | Personal Injury |
| 93 | Yeasky, Kenneth | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 94 | ying, Helen | NY | USA | N/A | N/A | N/A | Personal Injury |
| 95 | Young, Florida | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 96 | Zacchia, Steven | NY | USA | N/A | N/A | N/A | Personal Injury |
| 97 | Zaragoza, Amparo | NY | USA | N/A | N/A | N/A | Personal Injury |
| 98 | Zobel, Janet | NY | USA | N/A | N/A | N/A | Personal Injury |
| 99 | Zullo, Keith | NY | USA | N/A | N/A | N/A | Personal Injury |
| 100 | Zummo, Thomas | NY | USA | N/A | N/A | N/A | Personal Injury |